IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES LUTHE,

      Plaintiff,

v.

WALMART, INC.,

      Defendant.

Case No. 3:22-CV-2104-NJR

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Notice of Voluntary Dismissal dated October 28, 2022 (Doc. 23), this entire action is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

DATED:  November 2, 2022

      MONICA A. STUMP,
      Clerk of Court

      By:  s/ *Deana Brinkley*
           Deputy Clerk

APPROVED: _____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**